**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00273-CV**
_____

**SLK & ASSOCIATES, LLC, SUZAN GRANDE, FRANK GRANDE, AND JENSEN MANAGEMENT GROUP, INC., Appellants**

**V.**

**DARLENE PAYNE SMITH, Appellee**

On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 20-31879

**MEMORANDUM OPINION**

Appellants SLK & Associates, LLC, Suzan Grande, Frank Grande, and Jensen Management Group, Inc. filed a notice of appeal complaining about the trial court's order denying their motion to reconsider its ruling from an earlier order in which the trial court had granted Darlene Payne Smith's motion for summary judgment. After the Clerk filed the notice, the Court sent a letter to the parties dated December 3, 2020 and invited the parties to explain whether the Court had jurisdiction over an

1

appeal from an order denying a motion to reconsider. *See* Tex. R. App. P. 42.3. None of the parties responded to the Court's letter.

We conclude the Court lacks jurisdiction over an appeal that involves a ruling on an order denying a motion to reconsider. *See, e.g.*, Tex. Civ. Prac. & Rem. Code Ann. § 51.014. Given the fact that the parties have not identified any statutory basis that allows this Court to exercise jurisdiction over appeals from orders like the one at issue in this appeal, the appeal must be dismissed for lack jurisdiction. *See id.*; *see also Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). For that reason, the appeal is dismissed for lack of jurisdiction.

APPEAL DISMISSED.

PER CURIAM

Submitted on February 3, 2021
Opinion Delivered February 4, 2021

Before Golemon, C.J., Kreger and Horton, JJ.

2